IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLOTTE ANN MCDONALD, ) <br> AIS #212545, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> FRANK ALBRIGHT, et al., ) <br> ) <br> Respondents. ) | CIVIL ACTION NO. 1:06cv112-MHT <br> (WO) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the court, it is ORDERED and ADJUDGED that the petition for writ of habeas corpus is denied.

The clerk of court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 22nd day of April, 2008.

       /s Myron H. Thompson       
UNITED STATES DISTRICT JUDGE